IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TIVITY HEALTH, INC. DERIVATIVE LITIGATION | ) ) ) ) Lead Case No. 20-CV-00903 (RGA) |

## JOINT STIPULATION AND ORDER
## TEMPORARILY STAYING DERIVATIVE ACTION

Plaintiffs Patrick Yerby, Thomas R. Conte, Melvyn Klein, and Mark Ridenour ("Plaintiffs"), derivatively on behalf of nominal defendant Tivity Health, Inc. ("Tivity" or the "Company"), and Defendants Donato J. Tramuto, Adam C. Holland, Dawn M. Zier, Sara J. Finley, Robert Greczyn, Jr., Peter A. Hudson, Beth M. Jacob, Bradley S. Karro, Paul H. Keckley, Benjamin A. Kirshner, Lee A. Shapiro, Archelle Georgiou, Daniel G. Tully, and Kevin G. Wills ("Individual Defendants" and with Tivity, "Defendants") (Defendants and Plaintiffs, the "Parties") jointly submit this stipulation ("Stipulation") to stay temporarily the above-captioned action ("Derivative Action"), and in support thereof state as follows:

**WHEREAS,** on February 25, 2020, a putative class action captioned *Strougo v. Tivity Health, Inc.*, Case No. 3:20-cv-00165 (the "Securities Action") was filed in the United States District Court for the Middle District of Tennessee, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Tivity, Donato J. Tramuto and Adam C. Holland;

**WHEREAS**, the undersigned counsel have conferred and agreed to stay this Derivative Action until and through the resolution of any motion to dismiss that will be filed in the Securities Action;

**WHEREAS**, because this Derivative Action challenges substantially similar alleged conduct and involves substantially similar questions of law and fact as alleged in the Securities Action, this joint stipulation will promote the efficient and orderly administration of justice;

**WHEREFORE**, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The Complaint filed by Plaintiff Yerby shall be deemed the operative complaint (the "Complaint") for the Derivative Action.

2. The Parties agree that notwithstanding this stay of this Derivative Action, Plaintiffs may file an amended complaint.

3. This Derivative Action shall be stayed, and no Case Management Order issued, upon the Court's so-ordering this Stipulation as an Order of the Court.

4. While the Derivative Action is stayed, Defendants are not required to answer or other respond to the Complaint or to any amended complaint contemplated by paragraph No. 2 above.

5. Upon occurrence of any of (1) the dismissal of the Securities Action, with prejudice and exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Securities Action filed by defendants in that action; or (3) either of the Parties to this Stipulation has given written notice that they no longer consent to the voluntary stay of this Derivative Action, then the Parties shall notify the Court within fifteen (15) days after the occurrence of any of the events above.  The case shall remain stayed for thirty (30) days following any such event.  By or before the thirtieth day following any such event, the Parties shall meet and confer and submit a proposed schedule, including for Defendants' response to the Complaint or to any amended complaint contemplated by paragraph No. 2 above.

- 3 -

6.      This stipulation is without waiver or prejudice to any and all claims and defenses that would otherwise be available to the Parties in this Derivative Action.

**IT IS SO STIPULATED.**

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Jennifer A. Ward* |
| Brian E. Farnan (Bar No. 4089) | D. McKinley Measley (#5108) |
| Michael J. Farnan (Bar No. 5165) | Jennifer A. Ward (#6476) |
| 919 N. Market St., 12th Floor | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| Telephone: (302) 777-0300 | Wilmington, DE 19899-1347 |
| Facsimile: (302) 777-0301 | (302) 658-9200 |
| bfarnan@farnanlaw.com | dmeasley@mnat.com |
| mfarnan@farnanlaw.com | jward@mnat.com |
| *Liaison Counsel for Plaintiffs* | OF COUNSEL: |
| Timothy Brown | KING & SPALDING LLP |
| THE BROWN LAW FIRM, P.C. | Jessica P. Corley |
| 240 Townsend Square | Lisa R. Bugni |
| Oyster Bay, NY 11771 | 1180 Peachtree Street NE |
| Telephone: (516) 922-5427 | Atlanta, GA 30309 |
| Facsimile: (516) 344-6204 | Telephone: (404) 572-4600 |
| tbrown@thebrownlawfirm.net | jpcorley@kslaw.com |
| | lbugni@kslaw.com |
| *Lead Counsel for Plaintiffs* | *Attorneys for Defendants* |

October 26, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE TIVITY HEALTH, INC. DERIVATIVE LITIGATION | ) ) ) ) Lead Case No. 20-CV-00903 (RGA) |

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: Oct 26, 2020

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT