**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE TIVITY HEALTH, INC. DERIVATIVE LITIGATION | ) ) ) ) Lead Case No. 20-CV-00903 (RGA) |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**STAYING DERIVATIVE ACTION**

Plaintiffs Patrick Yerby, Thomas R. Conte, Melvyn Klein, and Mark Ridenour ("Plaintiffs"), derivatively on behalf of nominal defendant Tivity Health, Inc. ("Tivity" or the "Company"), and Defendants Donato J. Tramuto, Adam C. Holland, Dawn M. Zier, Sara J. Finley, Robert Greczyn, Jr., Peter A. Hudson, Beth M. Jacob, Bradley S. Karro, Paul H. Keckley, Benjamin A. Kirshner, Lee A. Shapiro, Archelle Georgiou, Daniel G. Tully, and Kevin G. Wills ("Individual Defendants" and with Tivity, "Defendants") (Defendants and Plaintiffs, the "Parties") jointly submit this stipulation ("Stipulation") to stay temporarily the above-captioned action ("Derivative Action"), and in support thereof state as follows:

**WHEREAS,** on February 25, 2020, a putative class action captioned *Strougo v. Tivity Health, Inc.*, Case No. 3:20-cv-00165 (the "Securities Action") was filed in the United States District Court for the Middle District of Tennessee, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Tivity, Donato J. Tramuto and Adam C. Holland;

**WHEREAS**, this Derivative Action was stayed pending a ruling on Defendants' Motion to Dismiss in the Securities Action;

**WHEREAS**, on July 29, 2021, the court denied Defendants' Motion to Dismiss in the Securities Action;

**WHEREAS**, the Parties agree that based on circumstances unique to this Derivative

Action and in the interests of preserving the parties' and the Court's resources, efficient and effective case management, and moving the case expeditiously towards trial would best be served by continuing the stay of pursuant to terms set forth below; and

**WHEREAS**, the Parties agree that at any time during which the prosecution of this Derivative Action is stayed pursuant to this Order, any party may file a motion with the Court seeking to modify the terms of the Order, which may be opposed by any other party;

**WHEREFORE**, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. This Derivative Action shall be stayed until the *earlier* of (i) an order from the court on any summary judgment motions that may be filed in the Securities Action, or (ii) notification that a related derivative action that has been filed is not stayed or is no longer stayed; or (iii) notification that there has been a settlement reached in the Securities Action or any related derivative action or until otherwise agreed to by the parties, but subject to each party's right (i) to move the Court to lift or extend the stay and (ii) to oppose such motion.

2. Notwithstanding the foregoing, this order shall not prohibit (a) any filings necessary to effectuate consolidation and coordination in the event a stockholder derivative action is subsequently filed in this Court asserting claims arising from facts common to those at issue in the Derivative Action; or (b) Plaintiffs from filing any amended or consolidated complaints.

3. Within thirty (30) days of the ruling on any summary judgment motions that may be filed in the Securities Action, or notification that a related derivative action that has been filed is not stayed or is no longer stayed, or notification that there has been a settlement reached in the Securities Action or any related derivative action, whichever is earlier, the parties shall meet and

confer concerning a schedule for further proceedings in this Derivative Action and advise the Court accordingly.

4. Defendants shall be under no obligation to respond to the complaint, or any amended complaint, while this Derivative Action is stayed. The time for Defendants to respond to the complaint, or any amended complaint, shall be set by the Court after the parties submit the schedule referenced in the preceding paragraph.

5. The Parties agree that the board of directors ("Board") of Tivity in place as of the commencement of the Derivative Action on July 2, 2020, shall be the operative Board for purposes of assessing Plaintiff's allegations of demand futility, regardless of whether any consolidated complaint or amended complaints are filed by Plaintiffs including, but not limited to, in the event Defendants move for dismissal of this action pursuant to Fed. R. Civ. P. 23.1.

6. Unless otherwise altered, this Order shall apply to each derivative case arising out of the same or substantially the same transactions or events as this Derivative Action, which is subsequently filed in, removed to, or transferred to this Court and which is consolidated with this Derivative Action.

7. By entering into this stipulation, the parties do not waive, and expressly reserve, any rights, arguments, claims, defenses they may have.

**IT IS SO STIPULATED.**

| | |
|---|---|
| FARNAN LLP. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ D. McKinley Measley* |
| Brian E. Farnan (Bar No. 4089) | D. McKinley Measley |
| Michael J. Farnan (Bar No. 5165) | 1201 N. Market Street |
| 919 N. Market St., 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| Telephone: (302) 777-0300 | (302) 658-9200 |
| Facsimile: (302) 777-0301 | dmeasley@mnat.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | OF COUNSEL: |

*Liaison Counsel for Plaintiffs*

KING & SPALDING LLP
Jessica P. Corley
Timothy Brown
Lisa R. Bugni
THE BROWN LAW FIRM, P.C.
1180 Peachtree Street NE
767 Third Avenue, Suite 2501
Atlanta, GA 30309
New York, NY 10017
Telephone: (404) 572-4600
Telephone: (516) 922-5427
jpcorley@kslaw.com
Facsimile: (516) 344-6204
lbugni@kslaw.com
tbrown@thebrownlawfirm.net

*Attorneys for Defendants*

*Lead Counsel for Plaintiffs*

August 24, 2021

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE TIVITY HEALTH, INC. DERIVATIVE LITIGATION | ) ) ) Lead Case No. 20-CV-00903 (RGA) ) |

## **[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____
                                           HONORABLE RICHARD G. ANDREWS
                                           UNITED STATES DISTRICT COURT