**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE TIVITY HEALTH, INC. DERIVATIVE LITIGATION | ) ) ) ) Lead Case No. 20-cv-903-RGA |

**JOINT STIPULATION VOLUNTARILY**
**DISMISSING ACTION WITHOUT PREJUDICE**

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, plaintiffs Patrick Yerby, Thomas R. Conte, Melvyn Klein, and Mark Ridenour ("Plaintiffs"), defendants Kevin G. Wills, Sara J. Finley, Robert J. Greczyn, Jr., Peter A. Hudson, Beth M. Jacob, Bradley S. Karro, Paul H. Keckley, Lee A. Shapiro, Daniel G. Tully, Benjamin A. Kirshner, Archelle Georgiou, Adam C. Holland, Donato Tramuto, and Dawn M. Zier (the "Individual Defendants"), and nominal defendant Tivity Health, Inc. ("Tivity Health" or the "Company") (together with the Individual Defendants, "Defendants"), by and through their respective counsel, respectfully request the Court enter an Order granting the parties' request to voluntarily dismiss the above-captioned action without prejudice. In support thereof, the parties state as follows:

WHEREAS, between July 2 and 28, 2020, Plaintiffs each filed a shareholder derivative action on behalf of Tivity in this Court (*see* Case Nos. 20-cv-903-RGA, 20-cv-905-RGA, and 20-cv-973-RGA);

WHEREAS, on September 24, 2020, the Court consolidated the three derivative actions, appointed The Brown Law Firm, P.C. as Lead Counsel for Plaintiffs, and appointed Farnan LLP as Liaison Counsel for Plaintiffs;

WHEREAS, on April 5, 2022, Tivity Health entered into an Agreement and Plan of Merger (the "Merger Agreement") providing for the acquisition of the Company by affiliates of Stone Point Capital LLC;

- 2 -

WHEREAS, on June 28, 2022, the merger (the "Merger") set forth in the Merger Agreement was completed, Tivity Health's issued and outstanding shares of common stock were cancelled, and former Tivity Health stockholders' equity interests in the Company ceased to exist;

WHEREAS, the parties respectfully submit that notice of said dismissal is unnecessary to protect the interests of Tivity Health and its stockholders for the following reasons: (i) former Tivity Health stockholders' equity interests in the Company ceased pursuant to the completion of the Merger; (ii) Plaintiffs seek dismissal without prejudice; and (iii) neither Plaintiffs nor Plaintiffs' counsel have received nor will receive any consideration from Defendants for the dismissal.

## RELIEF REQUESTED

NOW THEREFORE, the parties STIPULATE and AGREE and request that the Court enter an Order approving the voluntarily dismissal of this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

1. The above-captioned action is dismissed without prejudice.

2. For the reasons stated above, notice of said dismissal is not required.

3. Each party shall bear their own costs and fees.

IN WITNESS WHEREOF, the parties, through their undersigned counsel, have executed this Stipulation as this 13th day of July, 2022.

| FARNAN LLP. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ D. McKinley Measley* |
| Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | D. McKinley Measley<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>dmeasley@mnat.com |
| *Liaison Counsel for Plaintiffs* | OF COUNSEL: |
| THE BROWN LAW FIRM, P.C.<br>Timothy Brown<br>767 Third Ave, Suite 2501<br>New York, NY 100171<br>Telephone: (516) 922-5427<br>tbrown@thebrownlawfirm.net | KING & SPALDING LLP<br>Jessica P. Corley<br>Lisa R. Bugni<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>jpcorley@kslaw.com<br>lbugni@kslaw.com |
| *Lead Counsel for Plaintiffs* | *Attorneys for Defendants* |

\* \* \*
# [PROPOSED ORDER]

The Court having considered the Stipulation of all parties, IT IS SO ORDERED that:

1. The above-captioned action is dismissed without prejudice.

2. For the reasons stated above, notice of said dismissal is not required.

3. Each party shall bear their own costs and fees.

DATED: _____, 2022

                                                          THE HONORABLE RICHARD G. ANDREWS
                                                            UNITED STATES DISTRICT JUDGE